OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 The damages sought by plaintiffs, for purely economic loss, are too speculative as a matter of law to sustain plaintiffs’ causes of action and the complaint, therefore, was properly dismissed
 
 (see, Tobin v Grossman,
 
 24 NY2d 609, 615-616 [citing
 
 Battalla v State of New York,
 
 10 NY2d 237, 242];
 
 cf. Friedland v Myers,
 
 139 NY 432, 435 [damages may be recovered provided that they are proximate in effect, neither speculative nor uncertain in character and were reasonably foreseen as a consequence of the wrong]). Accordingly, we need not decide
 
 *811
 
 whether the decision of defendant’s building inspector involved discretionary or ministerial conduct
 
 (see, Rottkamp v Young,
 
 21 AD2d 373,
 
 affd on opn below
 
 15 NY2d 831).
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander and Titone concur; Judge Hancock, Jr., taking no part.
 

 Order affirmed, with costs, in a memorandum.